UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN BRUCE GLASCO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-0603 |
| ) | Judge Echols |
| ) | |
| VANDERBILT UNIVERSITY SCHOOL ) | |
| OF LAW, et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on a Report and Recommendation ("R & R") (Docket Entry No. 15) in which the Magistrate Judge recommends granting Defendants' unopposed Motion to Dismiss and/or Motion for Summary Judgment (Docket Entry No. 11) and dismissing Plaintiff's employment discrimination case for numerous reasons. The R & R was issued on July 25, 2006 and Plaintiff has filed no objections thereto, even though he was informed in the R & R that any objections needed to be filed within ten (10) days (Docket Entry No. 15 at 5).

Under Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1), the Court may accept, reject, or modify in whole or in part the findings or recommendations made by the Magistrate Judge. Having carefully reviewed the entire record in this case, the Court finds that the Magistrate Judge correctly applied the law to the facts presented. Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Docket Entry No. 15) is hereby ACCEPTED;

1

(2) Defendants' Motion to Dismiss and/or For Summary Judgment (Docket Entry No. 11), construed as a Motion for Summary Judgment, is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE